16

GSV

FILED IN OPEN COURT

MAY 30 2012

CHARLES R. DIARD, JR.
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 12 - CR - 00118-WS |
| | * | |
| v. | * | USAO NO. 12R00217 |
| | * | |
| SHANNON RUSSELL HAWKINS | * | Violation: |
| | * | 18 USC § 922(g)(1) |
| | * | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about April 20, 2012, in the Southern District of Alabama, Southern Division, the defendant,

**SHANNON RUSSELL HAWKINS**

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit: Assault First on December 8, 2009, in the Circuit Court of Mobile County, Alabama, Court No. CC-2007-3207, did knowingly possess, in and affecting commerce, a firearm, namely a Phoenix Arms, model HP22 pistol, serial number 4206846.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

_____
Gina S. Vann
Assistant United States Attorney


_____
John Cherry
Assistant United States Attorney
Chief, Criminal Division          MAY  2012