16

## PENALTY PAGE

**CASE STYLE:**              U.S. v. SHANNON RUSSELL HAWKINS

**DEFENDANT:**               Shannon Russell Hawkins (Count One)

**USAO NO.:**                12R000217

**AUSA:**                    Gina S. Vann

**CODE VIOLATION:**

**COUNT 1:**                 18 U.S.C. § 922(g)(1) - Prohibited Person in Possession of a Firearm

**PENALTY:**

**COUNT 1:**                 10 yrs/$250,000/3 yrs SRT/$100 SA