IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO.  12-00118-001 |
| | * |
| SHANNON HAWKINS | * |
| | * |

## POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS

COMES NOW the United States of America, in accordance with the Standing Order of this Court, and files herein its response to the Presentence Report prepared by the United States Probation Office of this district, including the application of the sentencing guidelines, and asserts that there are no objections to the same.

Dated this 25th day of September, 2012.

      KENYEN R. BROWN
      UNITED STATES ATTORNEY

      By: /s/ Gina S. Vann
      Gina S. Vann (VANNG2599)
      Assistant United States Attorney
      United States Attorney's Office
      63 South Royal Street, Suite 600
      Mobile, Alabama 36602
      Telephone: (251) 441-5845
      Facsimile: (251) 441-5277

## CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel for defendant and the United States Probation Office.

                                                               s/Gina S. Vann
                                                              Gina S. Vann (VANNG2599)
                                                              Assistant United States Attorney